IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| ABEL SUAREZ, | § |
| | § |
| Plaintiff, | § |
| | § |
| v. | § Civil Action No. 3:13-CV-1459-P-BN |
| | § |
| CAROLYN COLVIN, | § |
| ACTING COMMISSIONER | § |
| OF SOCIAL SECURITY, | § |
| | § |
| Defendant. | § |

### ORDER ON PLAINTIFF'S MOTION FOR ATTORNEY FEES UNDER 28 U.S.C. § 2412(d)

After making an independent review of the record in this case and the Findings and Recommendation of the U.S. Magistrate Judge dated December 9, 2014, the Court finds that the Findings and Recommendation are correct and they are adopted as the findings of the Court. Plaintiff's motion for attorney fees totaling $5,973.13 is hereby GRANTED. The award shall be made payable to Plaintiff, care of her attorney of record.

Signed this the 26th day of January, 2015.

_____
JORGE A. SOLIS
UNITED STATES DISTRICT JUDGE